THE STATE OF OHIO, APPELLEE, *v.* TRAVIS, APPELLANT.

[Cite as *State v. Travis* (1995), 72 Ohio St.3d 317.]

(No. 94–2694—Submitted March 21, 1995—Decided June 14, 1995.)

*Stephanie Tubbs Jones*, Cuyahoga County Prosecuting Attorney, and *L. Christopher Frey*, Assistant Prosecuting Attorney, for appellee.

*Bernard W. Travis, pro se.*

---

*Per Curiam.* The judgment of the court of appeals is affirmed for the reasons stated in its opinion.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.